**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILMA W. BUNBURY,

                       Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
                       Defendant.
-----------------------------------------------------------X

18 **CIVIL** 10722 (JMF)(KNF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 13, 2019, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds Magistrate Judge Fox's reasoning regarding the administrative law judge's errors to be well reasoned and grounded in fact and law. The Report and Recommendation is ADOPTED in its entirety. Plaintiff's motion for judgment on the pleadings is GRANTED, Defendant's motion is DENIED, and this matter is remanded to the Commissioner for further proceedings; accordingly, the case is closed.

**Dated:** New York, New York
         December 13, 2019

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                      **BY:**
                                                    **Deputy Clerk**